LORIANNA HUTCHINS *v.* WEATHERVANE CON-DOMINIUM ASSOCIATION, INC., ET AL.
(14425)

Landau, Schaller and Stoughton, Js.

Argued January 16—decision released February 13, 1996

*Timothy Brignole*, for the appellant (plaintiff).

*Maureen Sullivan Dinnan*, with whom, on the brief, was *Andrew J. O'Keefe*, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.